

SHARONA ESLAMBOLY HAKIM, ESQ. (SBN 180998)
ARMIN ABAZARI, DPM, ESQ. (SBN 335410)
LAW OFFICES OF SHARONA ESLAMBOLY HAKIM
 8730 Wilshire Blvd., Suite 500
Beverly Hills, California 90211
Telephone: (310) 289-9100
Facsimile:  (310) 289-9101
eSERVICE:
sharona@sehlawfirm.com
armin@sehlawfirm.com
geoffrey@sehlawfirm.com
jmartinez@sehlawfirm.com
eduardom@sehlawfirm.com

JS-6

Attorneys for Plaintiff,
MONICA LOMBEIDA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA LOMBEIDA<br><br>                   Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION | Case No. 5:24−cv−02143−JGB−DTB<br><br><br>**ORDER GRANTING STIPULATION TO LIMIT PLAINTIFF'S DAMAGES AND REMAND**<br><br>Trial: TBD<br>Judge: Jesus G. Bernal |

IT IS HEREBY ORDERED that the stipulation is granted and the case be REMANDED to the Riverside County Superior Court, Case CVME2401242

DATED: June 2, 2026

_____
Hon. Jesus G. Bernal
United States District Judge

2
ORDER